UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LACEN ROSADO, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC, a Delaware corporation,<br><br>                Defendant. | Case No.: 24-cv-1336-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    On December 2, 2024, the parties filed the Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 9.)

    IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety. The Clerk of the Court is directed to close this case.

Dated: December 5, 2024

*[signature]*
Hon. William Q. Hayes
United States District Court